# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freeman, Beth L. | U.S. District Court, Northern District of California | 08/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. District Court
280 South First St.
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Governors | Association of Business Trial Lawyers |
| 2. | Director | Junior Statesmen Foundation |
| 3. | Co-Trustee | ▆▆▆ Family Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1983 | San Mateo County Employees Retirement Association - Pension |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 08/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | San Mateo County Employees' Retirement Association - Pension | $77,108.13 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed: Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.        Aggregate (H) | | | | | | | | | |
| 2.   - DFA US Core Equity I Institutional | A | Dividend | K | T | | | | | |
| 3.   - SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |
| 4.   - Schwab Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 5.   - Vanguard Dividend Appreciation ETF | B | Dividend | L | T | | | | | |
| 6.   - Vanguard Growth Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 7.   - Vanguard Total Stock Market ETF | D | Dividend | M | T | Sold (part) | 06/26/15 | K | D | |
| 8.   - BMO Small-Cap Growth Fund | A | Dividend | J | T | Sold (part) | 03/13/15 | K | | |
| 9.   - John Hancock Disciplined Value Mid Cap Fund | C | Dividend | L | T | | | | | |
| 10.   - Touchstone Small Cap Core Fund | D | Dividend | K | T | | | | | |
| 11.   - Voya MidCap Opportunities Fund | C | Dividend | L | T | | | | | |
| 12.   - Artisan International Fund | A | Dividend | M | T | Buy (add'l) | 01/30/15 | K | | |
| 13. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 14. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 15.   - Dodge & Cox International Stock Fund | C | Dividend | M | T | Buy (add'l) | 01/30/15 | K | | |
| 16. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 17. | | | | | Buy (add'l) | 12/21/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 08/21/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Oakmark International Small Cap Fund | D | Dividend | M | T | Buy (add'l) | 01/30/15 | K | | |
| 19. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 20.    - Vanguard FTSE All World ex-US ETF | A | Dividend | J | T | | | | | |
| 21.    - Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | | | | | |
| 22.    - iShares MSCI Pacific ex-Japan ETF | B | Dividend | K | T | | | | | |
| 23.    - Ashmore Emerging Markets Frontier Equity Fund | A | Dividend | M | T | Buy | 08/06/15 | M | | |
| 24.    - Wasatch Frontier Emerging Small Countries Fund | A | Dividend | M | T | | | | | |
| 25.    - Angel Oak Flexible Income Fund | E | Dividend | O | T | Buy | 01/30/15 | J | | |
| 26. | | | | | Buy (add'l) | 02/03/15 | N | | |
| 27. | | | | | Buy (add'l) | 02/18/15 | N | | |
| 28. | | | | | Buy (add'l) | 04/02/15 | L | | |
| 29. | | | | | Sold (part) | 11/25/15 | J | | |
| 30.    - Stone Ridge All Asset Variance Risk Premium Fund | D | Dividend | O | T | Buy | 04/09/15 | O | | |
| 31. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 32.    - FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 33.    - Schooner Hedged Alternative Income Fund | D | Dividend | O | T | Buy | 12/14/15 | O | | |
| 34. | | | | | Buy (add'l) | 12/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 08/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Stone Ridge Reinsurance Risk Premium Fund | E | Dividend | N | T | Buy (add'l) | 12/10/15 | K | | |
| 36. - RiverPark Short Term High Yield Fund | E | Dividend | O | T | | | | | |
| 37. - DoubleLine Total Return Bond Fund | E | Dividend | O | T | Sold (part) | 11/25/15 | J | | |
| 38. - Angel Oak Multi-Strategy Income Fund | E | Dividend | O | T | | | | | |
| 39. - Legg Mason Brandywine Alternative Credit Fund | E | Dividend | O | T | Sold (part) | 04/15/15 | J | | |
| 40. - Palmer Square Income Plus Fund | E | Dividend | N | T | | | | | |
| 41. - Schwab AMT Tax-Free Money Market Fund | | None | J | T | | | | | |
| 42. - Schwab U.S. Treasury Money Market Fund | | None | L | T | | | | | |
| 43. - AT&T Inc New Common Stock | A | Dividend | K | T | Spinoff (from line 93) | 07/27/15 | K | | |
| 44. - AbbVie Inc Common Stock | B | Dividend | K | T | | | | | |
| 45. - Abbott Laboratories Common Stock | A | Dividend | K | T | | | | | |
| 46. - American International Group Common Stock | A | Dividend | K | T | | | | | |
| 47. - Apple Inc Common Stock | D | Dividend | N | T | | | | | |
| 48. - Berkshire Hathaway Class B Common Stock | | None | J | T | | | | | |
| 49. - CVS Corporation Common Stock | C | Dividend | M | T | | | | | |
| 50. - Coca Cola Co. Common Stock | C | Dividend | L | T | | | | | |
| 51. - Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 08/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. - Comcast Corp. New Common Stock | C | Dividend | M | T | | | | | |
| 53. - International Business Machines Common Stock | A | Dividend | J | T | | | | | |
| 54. - Marathon Petroleum Corp Common Stock | A | Dividend | K | T | | | | | |
| 55. - MasterCard Inc Common Stock | A | Dividend | K | T | | | | | |
| 56. - McDonald Corp Common Stock | B | Dividend | K | T | | | | | |
| 57. - Mircosoft Corp Common Stock | D | Dividend | N | T | | | | | |
| 58. - Pepsico, Inc Common Stock | D | Dividend | M | T | | | | | |
| 59. - Proctor & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| 60. - Rite Aid Corp Common Stock | | None | J | T | | | | | |
| 61. - Sonic Corp Common Stock | A | Dividend | K | T | | | | | |
| 62. - Spectrum Brands Holdings Inc Common Stock | A | Dividend | J | T | | | | | |
| 63. - TJX Companies Inc Common Stock | A | Dividend | K | T | | | | | |
| 64. - Target Corporation Common Stock | A | Dividend | J | T | | | | | |
| 65. - Visa, Inc Common Stock | A | Dividend | M | T | | | | | |
| 66. - Wal-Mart Stores Inc Common Stock | A | Dividend | K | T | | | | | |
| 67. - Walgreens Boots Alliance Inc Common Stock | A | Dividend | K | T | | | | | |
| 68. - Amgen Inc Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Chipotle Mexican Grill, Inc Common Stock | | None | J | T | | | | | |
| 70. - Schwab Value Advantage Fund | A | Dividend | L | T | Sold (part) | 01/30/15 | L | | |
| 71. | | | | | Sold (part) | 03/31/15 | J | | |
| 72. | | | | | Sold (part) | 12/22/15 | K | | |
| 73. - UBS Alerian MLP Infrastructure ETN | C | Dividend | | | Buy (add'l) | 01/23/15 | J | | |
| 74. | | | | | Sold | 04/01/15 | M | | |
| 75. - Center Coast MLP Focus Fund | D | Dividend | | | Buy (add'l) | 01/14/15 | K | | |
| 76. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 77. | | | | | Buy (add'l) | 02/10/15 | J | | |
| 78. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 79. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 80. | | | | | Sold | 04/01/15 | N | | |
| 81. - American Beacon Global Evolution Frontier Markets Income Fund | E | Dividend | | | Buy (add'l) | 01/16/15 | J | | |
| 82. | | | | | Buy (add'l) | 04/02/15 | K | | |
| 83. | | | | | Sold | 12/11/15 | O | | |
| 84. - Marathon Oil Corp Common Stock | A | Dividend | | | Sold | 12/30/15 | J | | |
| 85. - FSC Retreat at Conroe, Conroe, TX (2014 $75,000) | D | Rent | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 08/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FSC Estates at Canyon Ridge, San Antonio, TX (2014 $75,000) | D | Rent | L | R | | | | | |
| 87. - FSC Vista Sureno, Phoenix, AZ (2015 $75,000) | | None | L | R | Buy | 11/16/15 | L | | |
| 88. - FSC Granada Hills, Los Angeles, CA (2015 $75,000) | | None | L | R | Buy | 12/04/15 | L | | |
| 89. - Verisign Inc Common Stock | | None | | | Donated | | | | |
| 90. - Intuitive Surgical Inc Common Stock | | None | | | Donated | | | | |
| 91. - Nvidia Corp Common Stock | A | Dividend | | | Donated | | | | |
| 92. - Texas Instruments Common Stock | A | Dividend | | | Donated | | | | |
| 93. - DirectTV Common Stock | | None | | | Sold | 07/27/15 | J | | |
| 94. - Mainstay Marketfield Fund | | None | | | Sold (part) | 02/02/15 | M | | |
| 95. | | | | | Sold (part) | 02/17/15 | M | | |
| 96. | | | | | Sold | 04/01/15 | M | | |
| 97. - Aston/River Road Independent Value Fund | | None | | | Sold (part) | 02/02/15 | M | | |
| 98. | | | | | Sold | 02/17/15 | M | | |
| 99. - Wasatch Emerging Markets Small Cap Fund | | None | | | Sold | 08/05/15 | M | A | |
| 100. Charitable Gift Account (H) | | | | | | | | | |
| 101. - Verisign Inc Common Stock | | None | | | Buy | 09/10/15 | K | | |
| 102. | | | | | Sold | 09/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 08/21/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Intuitive Surgical Inc Common Stock | | None | | | Buy | 09/10/15 | K | | |
| 104. | | | | | Sold | 09/11/15 | K | | |
| 105. - Nvidia Corp Common Stock | | None | | | Buy | 09/10/15 | K | | |
| 106. | | | | | Sold | 09/11/15 | K | | |
| 107. - Texas Instruments Common Stock | | None | | | Buy | 09/10/15 | J | | |
| 108. | | | | | Sold | 09/11/15 | J | | |
| 109. - Schwab Charitable Equity Index Pool | | None | J | T | Buy | 09/15/15 | J | | |
| 110. - Schwab Charitable Income Pool | | None | K | T | Buy | 09/15/15 | K | | |
| 111. - Schwab Charitable International Pool | | None | J | T | Buy | 09/15/15 | J | | |
| 112. - Schwab Charitable Money Market Pool | | None | K | T | Buy | 09/15/15 | K | | |
| 113. - Schwab Charitable Short Term Income Pool | | None | K | T | Buy | 09/15/15 | K | | |
| 114. - New Heights Associates LLC (inherited) | | None | M | W | | | | | |
| 115. Jones Day Capital Account | D | Int./Div. | N | U | | | | | |
| 116. Jones Day 2015 Fund | B | Int./Div. | N | T | Buy (add'l) | 10/26/15 | K | | |
| 117. | | | | | Buy (add'l) | 11/16/15 | K | | |
| 118. | | | | | Buy (add'l) | 12/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 08/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year, rather than listing each account under its separate header, this report lists holdings and positions in the aggregate. The below headers from 2014 have now been aggreagated under the new header "▮▮▮▮▮ Aggregate (H)":

1. Trust #1 (H), including subheaders brokerage #1 (H), brokerage #2 (H), brokerage #3 (H)
2. Trust #2 (H)
3. Trust #3 (H), including subheader brokerage #6 (H)
4. Trust #4 (H), including subheader brokerage #7 (H)
5. IRA #1 (H)
6. IRA #2 (H)
7. IRA #3 (H)

Line 42 on Report dated 5/8/2016 ("Schwab Government Money Market Fund") should not have been included because per Section VII(A) of the filing instructions, this security did not meet either the income ($200 or more) or value (greater than $1,000) thresholds that require it to be a reported asset. This line has now been deleted and as a result, the numbering of all subsequent lines has changed.

Line 43 (previoiusly reported in the 5/8/2016 Report as Line 44): AT&T Common Stock Shares were obtained via DirectTV-AT&T Merger on 07/27/15

Line 52 (previoiusly reported in the 5/8/2016 Report as Line 53): On 12/14/15, there was a reorganization where 1 share of Comcast Corp New was received for every 1 share of Comcast Corp.

Lines 89-92 (previoiusly reported in the 5/8/2016 Report as Lines 89-93): These stocks were donated to "Charitable Gift Account (H)", see below

Line 93(D)(4) (previoiusly reported in the 5/8/2016 Report as Line 94(D)(4)): Represents the cash received via the DirectTV-AT&T Merger on 07/27/15

Line 100 (previoiusly reported in the 5/8/2016 Report as Line 101): A new header titled "Charitable Gift Account (H)" has been established for a donor advised fund, where ▮▮▮▮▮▮▮▮▮▮▮ are donors. They have control over the investment and gifting of the assets but are not the asset beneficiaries. Donations made into this account are automatically liquidated and invested into Schwab Charitable's investment pools.

Lines 89, 90, 93, 94, 97, 99, 101, 104, 106 and 108 (previsously reported in the 5/8/2016 Report as Lines 90, 91, 94, 95, 98, 100, 102, 104, 106 and 108) have been amended to show "None" as the type of income in Column B(2).

Lines 115-18 have been added in the Amended Report to show assets inadvertently omitted from the Report dated 5/8/2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth L. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544